

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellants' reply brief was due on April 20, 2016. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for extension of time to file the reply brief until May 20, 2016, for an extension of thirty days.

Appellants' motion is GRANTED. Appellants' reply brief must be filed by May 20, 2016. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANTS' REPLY BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court